**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **CATHY ENWERE,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No.  3:16-CV-3455-M-BH** |
| | ) | |
| **WALMART STORE,** | ) | |
| **Defendant.** | ) | **Referred to U.S. Magistrate Judge** |

**ORDER**

Pursuant to *Special Order No. 3-251*, this pro so case has been automatically referred for full case management. On January 31, 2017, it was recommended that this action be dismissed under Fed. R. Civ. P. 41(b) for want of prosecution because the plaintiff had failed to respond to a Magistrate Judge's Questionnaire by January 21, 2017, as ordered.  (*See* doc. 10.)  On February 1, 2017, she filed partial answers to the questionnaire.  Because the plaintiff has now responded, the January 31, 2017 findings, conclusions, and recommendation are hereby **VACATED**.

**SO ORDERED** on this 2nd day of February, 2017.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE