**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| CATHY ENWERE, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:16-CV-3455-M-BH |
| | ) | |
| WALMART STORE, | ) | |
|     Defendant. | ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this case will be dismissed without prejudice for lack of subject-matter jurisdiction.

**SIGNED** this 22nd day of March, 2017.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**